# Court of Appeals
# of the State of Georgia

ATLANTA,  March 25, 2021

*The Court of Appeals hereby passes the following order:*

**A21E0037.  DEREK KRIEGEL v. CHARLENE D'SOUZA.**

Upon consideration of Derek Kriegel's motion for an extension of time to file his application for discretionary appeal, it is ordered that an extension be GRANTED. Kriegel's discretionary application is now due on or before April 9, 2021.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/25/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*